# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

142868

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CORDARRELL ISIAH SIMS,
      Defendant-Appellee.

_____/

SC:   142868
COA: 292529
Macomb CC: 2008-000791-FC

On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE, in part, the judgment of the Court of Appeals. The Court of Appeals erred in ordering resentencing based on the scoring of Offense Variable 13 under MCL 777.43. This Court's decision in *People v Jackson,* 487 Mich 483 (2010), does not require resentencing if the inaccurate score did not affect the applicable sentencing guidelines range. Where a scoring error does not alter the guidelines range, resentencing is not required. *People v Francisco,* 474 Mich 82, 89 n 8 (2006). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

*Corbin R. Davis*

Clerk

h0620